ALMON, Justice.
This case is affirmed on the authority of Simpson v. Wolf Ridge Corp., 486 So.2d 418 (Ala.1986); Law v. Omelette Shop, Inc., 481 So.2d 370 (Ala.1985); Ortell v. Spencer Companies, Inc., 477 So.2d 299 (Ala.1985); Henley v. Pizitz Realty Co., 456 So.2d 272 (Ala.1984); Latham v. Aronov Realty Co., 435 So.2d 209 (Ala.1983); Gaskin v. Republic Steel Corp., 420 So.2d 37 (Ala.1982); Stripling v. Armbrester, 451 So.2d 789 (Ala.1984); City of Mobile v. Largay, 346 So.2d 393 (Ala.1977); and Hillman Hotel, Inc. v. McHaley, 251 Ala. 655, 38 So.2d 566 (1948).
AFFIRMED.
TORBERT, C.J., and MADDOX, BEAT-TY and HOUSTON, JJ., concur.